HENRY PATTON, Respondent, v. FRANK G. SMITH, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ELIZA J. PELLS v. ULYSSES G. STOCKWELL.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY v. STATE BOARD OF TAX COMMISSIONERS. CITY OF MOUNT VERNON, Intervenor. (Taxes 1914.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY v. STATE BOARD OF TAX COMMISSIONERS. CITY OF MOUNT VERNON, Intervenor. (Taxes 1915,) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Relator, v. STATE BOARD OF TAX COMMISSIONERS and the CITY OF POUGHKEEPSIE. (Taxes 1908 to 1913 Inc.) — Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Is the value of the bridges erected by the relator, or its predecessor, at the time the railroad was constructed in the city of Poughkeepsie, to carry highways over its tracks, assessable as a special franchise against the relator?

ABRAHAM ROSENBERG v. CHARLES SLETCHIN and Another.— Motion granted on payment by the appellant of ten dollars costs.

ELI SIMCOE v. ELLSWORTH GAMBLE.— Motion denied.

ALBERT SMITH SHELDON, Respondent, v. WILLIEAN S. HUDSON, as Administrator, etc., of GILLIAS A. HUDSON, Deceased, Appellant. (3 cases.) — Judgment and order, in each case, reversed, and new trial granted, with costs to appellant to abide event, and on the stipulation filed herein the actions are referred to, and to be tried together before, Hon. Albert F. Gladding, counselor at law, to hear, try and determine the same. All concurred; Sewell, J., not sitting.

ABEL B. ABERNETHY, Appellant, v. ADELBERT H. CHAMBERS, Respondent, Impleaded with Another.— Orders affirmed, with costs. All concurred, except Kellogg, P. J., and Woodward, J., who voted for reversal of the orders and a reinstatement of the verdict.

ANTOINETTE BROWN, Respondent, v. RACHEL BROWN, Appellant.— Judgment and order unanimously affirmed, with costs.

FRED FORD v. FORD MOTOR COMPANY.— Motion for reargument of whole case granted, and case set down for Wednesday, November 14, 1917.

CLARENCE C. LYBOLT, Respondent, v. STERLING FIRE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of JAMES P. MORRISSEY, Appellant, for a Peremptory Writ of Mandamus against EDWIN DUFFEY, Commissioner of Highways and Head of the Highway Department of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Woodward and Sewell, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent: In the Matter of the Claim of MARTHA A. BACON, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of SEYMOUR B. BACON.